Judge Robert S. Lasnik
Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAMBIZ BAKHTIARI,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM BARR, Attorney General; KEVIN MCALEENAN, Secretary of Homeland Security; NATHALIE ASHER, Seattle Field Office Director, U.S. Immigration and Customs Enforcement; WARDEN of Immigration Detention Facility; and the U.S. Immigration and Customs Enforcement,<br><br>Respondents. | NO. C19-2085-RSL-MLP<br><br>STIPULATED DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS UNDER RED. R. CIV. P. 41(a)(1)(A)(ii) |

Petitioner Kambiz Bakhtiari and Respondents; stipulate to the dismissal of this Petition for Writ of Habeas Corpus under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See also* Fed. R. Civ. P. 81(a)(4). Mr. Bakhtiari was released on an Order of Supervision on January 31, 2020, which rendered the Petition moot.

DATED this 3rd day of February, 2020.

Respectfully submitted,

BRIAN MORAN
United States Attorney

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Kambiz Bakhtiari;* C19-2085-RSL-MLP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  s/ *Priscilla Chan*                                     s/ *Gregory Murphy*
2  PRISCILLA CHAN, WSBA No. 28533      GREG MURPHY, WSBA No. 36733
   Assistant United States Attorney              Assistant Federal Public Defender
3  Western District of Washington               1601 Fifth Avenue, Suite 700
   United States Attorney's Office                 Seattle, WA 98101
4  700 Stewart Street, Suite 5220                Phone: 206-553-1100
5  Seattle, Washington 98101-1271            E-mail: gregpry_murphy@fd.org
   Phone: 206-553-7970
6  E-mail: priscilla.chan@usdoj.gov

                                                                  *Attorney for Petitioner*
7  *Attorney for Respondents*

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Kambiz Bakhtiari;* C19-2085-RSL-MLP) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

# [PROPOSED] ORDER

It is hereby ORDERED that this case is dismissed with prejudice and without an award of fees and costs to either party.

Dated this 4th day of February, 2020.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Recommended for entry this ____ day of February, 2020.

_____
MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Royston Derrick

/s/ *Priscilla Chan*
Assistant United States Attorney
Attorney for Respondents

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Kambiz Bakhtiari;* C19-2085-RSL-MLP) - 3

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100